BRIDGET CONNOLLY, as Administratrix, etc., Appellant, v. MARY SPAIN HEBNER, Individually and as Administratrix, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of the Application of JACOB FRADUS, Lessee of Premises Nos. 437, 439 and 441 East Fifty-third Street, Borough of Manhattan, City of New York, for an Order Discharging an Undertaking Heretofore Filed Herein to Discharge a Mechanic's Lien Filed by SAMUEL RABINOWITZ, Appellant, against JACOB FRADUS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HARRIS DEMBINSKY, as Administrator, etc., Appellant, v. LONG ACRE MOTOR COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN GORLOW, Respondent, v. ADOLPH B. BENESCH and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SAMUEL WEINBERGER, Respondent, v. GEORGE W. HELLER, Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

DORA BERNSTEIN, Respondent, v. AARON BERNSTEIN, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WALTER BAUER, Respondent, v. AMERICAN CHICLE COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MOSES LEVINSON and Another, Appellants, v. LEO FINKENBERG and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CHARLES H. NOLTE, Individually and as Stockholder of the FRED D. OETJEN COMPANY, a Corporation, on Behalf of Himself and Other Stockholders, etc., Respondent, v. FRED D. OETJEN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.